UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.

JOSE G. ROSE,

    Plaintiff,

vs.

AUTOSPORT USA, INC.,
a Deleware corporation authorized
to do business in the State of Florida,

    Defendant.
_____/

## **C O M P L A I N T**

    COMES NOW, the Plaintiff, JOSE G. ROSE, by and through his undersigned attorneys, and hereby sues the Defendant, AUTOSPORT USA, INC., and alleges:

    1.    Plaintiff, JOSE G. ROSE (hereinafter referred to as "Plaintiff"), was an employee of AUTOSPORT USA, INC. (referred to as the "Defendant") since 2004 and brings this action on behalf of himself and other employees and former employees of Defendant similarly situated to him for overtime compensation and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b).  Plaintiff performed manual and other nonexempt duties and related activities in Palm Beach County, Florida.

    2.    Defendant AUTOSPORT USA, INC., is a Delaware corporation authorized to do business in the state of Florida, located in Palm Beach County, Florida, which sits within the jurisdiction of this Court.

3. This action is brought to recover from Defendant overtime compensation, liquidated damages, as well as costs and reasonable attorney's fees under the provisions of Title 29 U.S.C. § 216(b) (hereinafter referred to as the "Act").

4. Jurisdiction is conferred on this court by 28 U.S.C. § 1337 and by 29 U.S.C. § 216(b). At all times pertinent to this Complaint, Defendant was an enterprise engaged in interstate commerce. At all times pertinent to this Complaint, Defendant regularly owned and operated a business engaged in commerce or in the production of goods for commerce as defined by § 3(r) and 3(s) of the Act, 29 U.S.C. § 203(r) and 203(s).

5. The additional persons who may become Plaintiffs in this action are salaried employees and/or former employees of Defendant who did not receive time and one half wages for all hours worked in excess of forty (40) within a work week on or after 2013.

6. At all times pertinent to this Complaint, Defendant failed to comply with Title 29 U.S.C. §§ 201-209 in that Plaintiff and those similarly situated to Plaintiff performed services for Defendant for which no provisions were made by Defendant to properly pay Plaintiff for those hours worked in excess of forty (40) within a work week.

7. Plaintiff's employment with Defendant provided for salaried compensation based upon a forty (40) hour work week. Defendant's violations include failure to pay Plaintiff time and one half wages for hours worked in excess of forty (40) within a work week.

8. In the course of employment with Defendant, Plaintiff and other similarly situated employees were not paid time and one half of their regular rate of pay for all hours worked in excess of forty (40) hours per work week during one or more work weeks.

9.      The records, if any, concerning the number of hours actually worked by Plaintiff and all other similarly situated employees and the compensation actually paid to such employees are in the possession and custody of Defendant.

## COUNT I:  RECOVERY OF OVERTIME COMPENSATION

10.     Plaintiff realleges each and every allegation contained in Paragraphs 1 through 9 above as if same were more fully set forth herein.

11.     Plaintiff is entitled to be paid time and one-half of his regular rate of pay for each hour worked in excess of forty (40) hours per work week.  All similarly situated employees are similarly owed their overtime rate for each overtime hour they worked and were not properly paid.

12.     By reason of the said intentional, willful, and unlawful acts of Defendant, all Plaintiffs (Plaintiff and those similarly situated to him) have suffered damages plus incurred costs and reasonable attorney's fees.

13.     As a result of Defendant's willful violation of the Act, all Plaintiffs (Plaintiff and those similarly situated to him) are entitled to liquidated damages.

WHEREFORE, Plaintiff, JOSE G. ROSE, and those similarly situated to him who have or will opt into this action, demand judgment against Defendant, AUTOSPORT USA, INC., for the payment of all overtime hours at one and one half their regular rate of pay due them for the hours worked by them for which they have not been properly compensated, liquidated damages, reasonable attorney's fees and costs of this lawsuit, and for such other and further relief as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff requests a trial by jury on all of the issues so triable by law.

DATED:  October 18, 2016.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| CHRISTOPHER J. RUSH & ASSOCIATES, P.A.<br>Attorneys for Plaintiff<br>Compson Financial Center, Suite 205<br>1880 North Congress Avenue<br>Boynton Beach, FL 33426<br>561-369-3331<br>561-369-5902 (fax)<br>E-mail:  crush@crushlawfl.com<br>E-mail:  eservice@crushlawfl.com<br>E-mail:  lmyers@crushlawfl.com<br><br>By_____*/s/ Christopher J. Rush*_____<br>     Christopher J. Rush   (FBN 621706) | MESA-ESTRADA LAW, P.A.<br>Co-Counsel for Plaintiff<br>Compson Financial Center, Suite 206<br>1880 North Congress Avenue<br>Boynton Beach, FL 33426<br>561-880-8062<br>561-828-8359 (fax)<br>E-mail:  victoria@mesacoelaw.com<br><br>By_____*/s/ Victoria Mesa-Estrada*_____<br>       Victoria Mesa-Estrada    (FBN 76569) |