UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81759-CIV-ZLOCH

JOSE G. ROSE,

   Plaintiff,

vs.            **<u>FINAL ORDER OF DISMISSAL</u>**

AUTOSPORT USA, INC.,

   Defendant.

_____/

   THIS MATTER is before the Court upon the Joint Motion To Approve Settlement And Dismiss With Prejudice (DE 24) filed herein by all Parties.  The Court has carefully reviewed said Joint Motion, the Parties' Settlement Agreement And General Release, the entire court file and is otherwise fully advised in the premises.

   Accordingly, after due consideration, it is

   **ORDERED AND ADJUDGED** as follows:

   1. The Joint Motion To Approve Settlement And Dismiss With Prejudice (DE 24) filed herein by all Parties be and the same is hereby **GRANTED;**

   2. Pursuant to <u>Lynn's Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982), the Parties' Settlement Agreement And General Release has been reviewed <u>in camera</u> by the Court and the same is hereby approved, adopted, and ratified by the Court;

   3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

   4. To the extent not otherwise disposed of herein, all pending

Motions are hereby **DENIED** as moot; and

    5. The Court reserves jurisdiction solely for the purpose of enforcing the terms of the Parties' Settlement Agreement And General Release.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___9th___ day of January, 2018.

WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

All Counsel and Parties of Record

2